IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30889
Summary Calendar
_____

PAULA J. DAVIS,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-1813
- - - - - - - - - -
July 30, 1999

Before REAVLEY, SMITH, and JOLLY, Circuit Judges.

PER CURIAM:*

Paula J. Davis appeals from the district court's decision upholding the denial of her application for supplemental security income. She argues that substantial evidence does not exist to support the Commissioner's finding that she was not disabled, and that the Administrative Law Judge (ALJ) erred when she found Davis's subjective complaints of pain and of the debilitating side effects of her medications not to be credible. She also asserts that the ALJ erred by not soliciting the testimony of a

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

vocational expert to determine whether substantial numbers of jobs exist which she can perform despite her impairments.

A thorough review of the record reveals substantial evidence to support the ALJ's determination that Davis's complaints of pain and of the disabling side effects of her medications are overdrawn.  See Anthony v. Sullivan, 954 F.2d 289, 292 (5th Cir. 1992); Anderson v. Sullivan, 887 F.2d 630, 633 (5th Cir. 1989). Further, because Davis fits the criteria set forth in Rule 201.28 of the Medical-Vocational Guidelines, the ALJ was entitled to rely exclusively on the Guidelines in determining whether substantial numbers of sedentary jobs exist in the national economy.  See Wren v. Sullivan, 925 F.2d 123, 126 (5th Cir. 1991); 20 C.F.R. pt. 404, subpt. P, app. 2, Rule 201.28. Accordingly, the district court's dismissal of Davis's action is

AFFIRMED.